Sealed
Public and unofficial staff access to this instrument are prohibited by court order

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

*July 16, 2024*

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | Criminal No.: |
| | § | |
| **MARY BROWN (1);** | § | **UNDER SEAL** |
| Counts 1, 9, 17, 20, 24, 27, 29, 33 | § | |
| | § | |
| **OSCAR WATTELL (2);** | § | **4:24-cr-371** |
| Counts 17, 21, 29, 36, 47 | § | |
| | § | |
| **THADDEUS MCDUELL (3);** | § | |
| Counts 1, 17, 24, 29 | § | |
| | § | |
| **SHELIBRA JONES (4);** | § | |
| Counts 1, 17, 19, 24, 26, 29, 32 | § | |
| | § | |
| **ANTHONY PERKINS (5);** | § | |
| Count 1 | § | |
| | § | |
| **KIMBERLY PERKINS (6);** | § | |
| Counts 1, 2 | § | |
| | § | |
| **MAGNOLIA UNDERWOOD (7);** | § | |
| Counts 1, 3 | § | |
| | § | |
| **PATRICE WILSON (8);** | § | |
| Counts 1, 4 | § | |
| | § | |
| **JARVIS SHERMAN (9);** | § | |
| Counts 1, 5 | § | |
| | § | |
| **EUGUENE WALKER (10);** | § | |
| Counts 1, 6 | § | |
| | § | |
| **DONTE WATSON (11);** | § | |
| Counts 1, 7 | § | |
| | § | |
| **KAMISHILIA MATHIS (12);** | § | |
| Counts 1, 8 | § | |
| | § | |
| **NICHOLAS YODER (13);** | § | |
| Count 9 | § | |
| | § | |

1

**THEANE FOSTER (14);**
**Counts 9, 10**
                                                    §
                                                    §
**CHRISTAL LOPEZ (15);**                            §
**Counts 9, 11**                                    §
                                                    §
**PAMELA YODER (16);**                              §
**Counts 9, 12**                                    §
                                                    §
**DELEON BORDERS (17);**                            §
**Counts 9, 13**                                    §
                                                    §
**KAMAIGA GHOLAR (18);**                            §
**Counts 9, 14**                                    §
                                                    §
**JEANINE VICTOR (19);**                            §
**Counts 9, 15**                                    §
                                                    §
**JAVEON FIELDS (20);**                             §
**Counts 9, 16**                                    §
                                                    §
**CURTIS HOLLIDAY (21);**                           §
**Count 17**                                        §
                                                    §
**XAVIER FRANCIS (22);**                            §
**Count 17**                                        §
                                                    §
**JAMIE CRUISE (23);**                              §
**Count 17**                                        §
                                                    §
**TIERRA CELESTINE (24);**                          §
**Count 17**                                        §
                                                    §
**JC MOORE (25);**                                  §
**Count 17**                                        §
                                                    §
**LARYN HILL (26);**                                §
**Counts 17, 18**                                   §
                                                    §
**DERRICK WASHINGTON (27);**                        §
**Count 21**                                        §
                                                    §
**DRALANJALA JOHNSON (28);**                        §
**Counts 21, 22**                                   §
                                                    §
**DESTYNEE WASHINGTON (29);**                       §
**Counts 21, 23**                                   §

**DESMAN TOLLIVER (30);**
**Count 24**

**KIARA TOLLIVER (31);**
**Counts 24, 25**

**MARQUALE GOSTON (32);**
**Count 27**

**RONALD DEGRATE, JR. (33);**
**Counts 27, 28**

**PATRICK BROWN (34);**
**Count 29**

**MICHAEL FORD, JR. (35);**
**Counts 29, 30**

**CORNELIUS BROWN, JR. (36);**
**Counts 29, 31**

**GERALD WILLIAMS, JR. (37);**
**Count 33**

**ANTOINETTE GREEN (38);**
**Counts 33, 34**

**DARRIS LEE (39);**
**Counts 33, 35**

**WALLACE THOMAS (40);**
**Count 36**

**MEGHAN TILLIS (41);**
**Counts 36, 37, 38**

**AALIYAH THOMAS (42);**
**Counts 36, 37**

**TAWANA JONES (43);**
**Count 36**

**CHELSEA BATTLE (44);**
**Counts 36, 38**

**JAMES PALLADINA (45);**
**Count 39**

**AMIR KHAN (46);**
**Counts 39, 40**

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

**SCOTT WINGROVE (47);**        §
**Counts 39, 41**        §
       §
**JAMES BATESON (48);**        §
**Counts 39, 42**        §
       §
**CALVIN SKRIVANEK (49);**        §
**Counts 39, 43**        §
       §
**RASHAD DERRICK (50);**        §
**Counts 39, 44**        §
       §
**ROEMELLO BURROS (51);**        §
**Count 45**        §
       §
**KATHERINE O'BRIEN (52);**        §
**Counts 45, 46**        §
       §
**SHEBA MUHARIB (53)**        §
**Count 48**        §

## <u>INDICTMENT</u>

THE GRAND JURY CHARGES THAT:

### INTRODUCTION

1.     In the Harris County criminal justice system, a defendant who is charged with a crime may be assigned a bail bond amount from a Judge. The defendant may either post this money directly to the court or may pay for the services of a bail bond company. In the case of the bail bond company, the defendant pays the bail bond company a premium, which is generally a percentage of the total bail bond amount set by the Judge of the court. The bail bond company in turn guarantees to the court that the amount set by the Judge will be paid if the defendant does not comply with the proceedings and rules of the court during the prosecution of the defendant.

2.     Every bondsman, or individual who is the owner of the bail bonds company, is licensed in the State of Texas. Bondsmen can either obtain a license by showing the bail bond board that they have the assets required to guarantee the bail bond amount, or they are agents of an insurance company and are given authority to act on the insurance company's behalf.

4

3.      The process of assessing risk for a bail bond often requires documentation of collateral, generally by documenting financial assets and liquidity, to include ownership of real estate and yearly income by third parties who agree to enter the contract between the defendant and the bail bonds company as an additional indemnified party, thereby accepting the financial obligations of paying the full bail bond amount set by the Judge in the event of forfeiture. This additional indemnified party is commonly referred to as a "co-signer" and signs a promissory note, which is a financial debt instrument.

4.      AABLE Bonds is a bail bonding company in Harris County, Texas, and the CEO of AABLE Bonds is SHEBA MUHARIB (53).

5.      MUHARIB (53) is an agent of Financial Casualty & Surety (FCS). Financial Casualty & Surety maintains offices in 33 states and is engaged in interstate commerce.

6.      Any review process or underwriting conducted by Financial Casualty & Surety would require the electronic transfer of documents obtained by AABLE Bail Bonds or its representatives. Documents related to each surety bond, which are a matter of court record, would also be submitted to the Government via electronic communication.

7.      MARY BROWN (1), OSCAR WATTELL (2), and others operated as employees of AABLE Bail Bonds.

8.      BROWN (1) and WATTELL (2) conspired with others to falsify and obtain falsified co-signer financial reports to qualify individuals, charged with criminal offenses, who would not otherwise qualify for the coverage necessary to meet the terms of their bond.

9.      BROWN (1) and WATTELL (2) conspired with others to recruit straw co-signers who represented they worked at companies or earned incomes in the falsified co-signer financial reports when in fact they did not work at the companies or earn the represented incomes.  It was

reasonably foreseeable that the falsified co-signer financial reports would be transmitted in interstate commerce wire communications as an attempt to show coverage necessary to meet the terms of the bonds.

10.    The falsified co-signer financial reports were subsequently emailed or submitted via electronic communication, including but not limited to Bond-Pro, Inc, an electronic communications service/remote computing service provider located in Dahlonega, Georgia.

11.    These fraudulent financial reports were relied upon by the Government and/or the insurance agency/agent to enter into a three-party agreement known as a surety bond.

## BAIL BOND NO. 1: ANTHONY PERKINS

### COUNT 1
### CONSPIRACY TO COMMIT WIRE FRAUD

12.    Beginning in or about January 2021 and continuing through in or about May 2021, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants,

**MARY BROWN (1)**
**THADDEUS MCDUELL (3)**
**SHELIBRA JONES (4)**
**ANTHONY PERKINS (5)**
**KIMBERLY PERKINS (6)**
**MAGNOLIA UNDERWOOD (7)**
**PATRICE WILSON (8)**
**JARVIS SHERMAN (9)**
**EUGENE WALKER (10)**
**DONTE WATSON (11)**
**KAMISHILIA MATHIS (12)**

did knowingly, unlawfully and intentionally combine, conspire, confederate and agree with others, known and unknown to the Grand Jury, to devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme and artifice, did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of

the scheme, including causing a wire transmission of falsified documents in support of a bail bond, in order to obtain a bail bond for Co-Defendant Anthony Perkins (5), who was detained at the Harris County Jail.

In violation of Title 18, United States Code, Sections 1349 and 1343.

## COUNTS 2 THROUGH 8
## WIRE FRAUD

13.     The Grand Jury incorporates by reference paragraphs 1 through 11 as though fully restated and re-alleged herein.

14.     Beginning in or about January 2021 and continuing through in or about May 2021, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants did knowingly devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of falsified documents in support of a bail bond for Co-Defendant Anthony Perkins (5), who was detained at the Harris County Jail, as set forth below:

| Count | Defendant(s) | Date (On or about) | Method of Wire Communication |
|-------|--------------|--------------------|------------------------------|
| 2 | **KIMBERLY PERKINS (6)** | 5/14/2021 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |
| 3 | **MAGNOLIA UNDERWOOD (7)** | 5/14/2021 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |

| 4 | **PATRICE WILSON (8)** | 5/14/2021 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |
|---|---|---|---|
| 5 | **JARVIS SHERMAN (9)** | 5/14/2021 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |
| 6 | **EUGENE WALKER (10)** | 5/14/2021 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |
| 7 | **DONTE WATSON (11)** | 5/14/2021 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |
| 8 | **KAMISHILIA MATHIS (12)** | 5/14/2021 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |

All in violation of Title 18, United States Code, Sections 1343 and 2(a).

## BAIL BOND NO. 2: NICHOLAS YODER

### COUNT 9
### CONSPIRACY TO COMMIT WIRE FRAUD

15.     Beginning in or about September 2021 and continuing through in or about January 2022, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants,

**MARY BROWN (1)**
**NICHOLAS YODER (13)**
**THEANE FOSTER (14)**
**CHRISTAL LOPEZ (15)**
**PAMELA YODER (16)**
**DELEON BORDERS (17)**
**KAMAIGA GHOLAR (18)**
**JEANINE VICTOR (19)**
**JAVEON FIELDS (20)**

did knowingly, unlawfully and intentionally combine, conspire, confederate and agree with others, known and unknown to the Grand Jury, to devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and

for the purpose of executing such scheme and artifice, did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of falsified documents in support of a bail bond, in order to obtain a bail bond for Co-Defendant Nicholas Yoder (13), who was detained at the Harris County Jail.

In violation of Title 18, United States Code, Sections 1349 and 1343.

## COUNTS 10 THROUGH 16
## WIRE FRAUD

16.    The Grand Jury incorporates by reference paragraphs 1 through 11 as though fully restated and re-alleged herein.

17.    Beginning in or about September 2021 and continuing through in or about January 2022, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants did knowingly devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of falsified documents in support of a bail bond for Co-

Defendant Nicholas Yoder (13), who was detained at the Harris County Jail, as set forth below:

| Count | Defendant(s) | Date (On or about) | Method of Wire Communication |
|-------|--------------|--------------------|------------------------------|
| 10 | **THEANE FOSTER (14)** | 1/18/2022 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |
| 11 | **CHRISTAL LOPEZ (15)** | 1/18/2022 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |
| 12 | **PAMELA YODER (16)** | 1/18/2022 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |
| 13 | **DELEON BORDERS (17)** | 1/18/2022 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |
| 14 | **KAMAIGA GHOLAR (18)** | 1/18/2022 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |
| 15 | **JEANINE VICTOR (19)** | 1/18/2022 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |
| 16 | **JAVEON FIELDS (20)** | 1/18/2022 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |

All in violation of Title 18, United States Code, Sections 1343 and 2(a).

## BAIL BOND NO. 3: CURTIS HOLLIDAY

### COUNT 17
### CONSPIRACY TO COMMIT WIRE FRAUD

18.     Beginning in or about May 2021 and continuing through in or about December

2021, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants,

**MARY BROWN (1)**
**OSCAR WATTELL (2)**
**THADDEUS MCDUELL (3)**
**SHELIBRA JONES (4)**
**CURTIS HOLLIDAY (21)**
**XAVIER FRANCIS (22)**
**JAMIE CRUISE (23)**
**TIERRA CELESTINE (24)**
**JC MOORE (25)**
**LARYN HILL (26)**

did knowingly, unlawfully and intentionally combine, conspire, confederate and agree with others,

known and unknown to the Grand Jury, to devise and intend to devise a scheme and artifice to

defraud by means of materially false and fraudulent pretenses, representations, and promises, and

for the purpose of executing such scheme and artifice, did transmit and cause to be transmitted in

interstate commerce wire communications writings, signs, signals, and pictures in furtherance of

the scheme, including causing a wire transmission of falsified documents in support of a bail bond,

in order to obtain a bail bond for Co-Defendant Curtis Holliday (21), who was detained at the

Harris County Jail.

In violation of Title 18, United States Code, Sections 1349 and 1343.

### COUNTS 18 THROUGH 20
### WIRE FRAUD

19.     The Grand Jury incorporates by reference paragraphs 1 through 11 as though fully

restated and re-alleged herein.

11

20.    Beginning in or about May 2021 and continuing through in or about December 2021, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants did knowingly devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing an electronic transmission of falsified documents in support of a bail bond, in order to obtain a bail bond for Co-Defendant Curtis Holliday (21), who was detained at the Harris County Jail, including the following items on or about the dates set forth in the Count below:

| Count | Defendant(s) | Date (On or about) | Method of Wire Communication |
|-------|--------------|--------------------|------------------------------|
| 18 | **LARYN HILL (26)** | 11/15/2021 | Falsified paystub submitted via text message |
| 19 | **SHELIBRA JONES (4)** | 11/16/2021 | Falsified paystubs submitted via electronic mail |
| 20 | **MARY BROWN (1)** | 11/17/2021 | Falsified paystubs submitted via electronic mail |

All in violation of Title 18, United States Code, Sections 1343 and 2(a).

## BAIL BOND NO. 4: DERRICK WASHINGTON

### COUNT 21
### CONSPIRACY TO COMMIT WIRE FRAUD

21.    Beginning in or about December 2021 and continuing through in or about January 2022, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants,

**OSCAR WATTELL (2)**
**DERRICK WASHINGTON (27)**
**DRALANJALA JOHNSON (28)**
**DESTYNEE WASHINGTON (29)**

did knowingly, unlawfully and intentionally combine, conspire, confederate and agree with others, known and unknown to the Grand Jury, to devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme and artifice, did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of falsified documents in support of a bail bond, in order to obtain a bail bond for Co-Defendant Derrick Washington (27), who was detained at the Harris County Jail.

In violation of Title 18, United States Code, Sections 1349 and 1343.

### COUNTS 22 THROUGH 23
### WIRE FRAUD

22.    The Grand Jury incorporates by reference paragraphs 1 through 11 as though fully restated and re-alleged herein.

23.    Beginning in or about December 2021 and continuing through in or about January 2022, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants did knowingly devise and intend to devise a scheme and artifice to defraud by means of materially

false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of falsified documents in support of a bail bond for Co-Defendant Derrick Washington (27), who was detained at the Harris County Jail, as set forth below:

| Count | Defendant(s) | Date (On or about) | Method of Wire Communication |
|-------|--------------|--------------------|------------------------------|
| 22 | **DRANJALA JOHNSON (28)** | 1/19/2022 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |
| 23 | **DESTYNEE WASHINGTON (29)** | 1/19/2022 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |

All in violation of Title 18, United States Code, Sections 1343 and 2(a).

## BAIL BOND NO. 5: DESMAN TOLLIVER

### COUNT 24
### CONSPIRACY TO COMMIT WIRE FRAUD

24.    Beginning in or about March 2021 and continuing through in or about July 2021, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants,

**MARY BROWN (1)**
**THADDEUS MCDUELL (3)**
**SHELIBRA JONES (4)**
**DESMAN TOLLIVER (30)**
**KIARA TOLLIVER (31)**

did knowingly, unlawfully and intentionally combine, conspire, confederate and agree with others, known and unknown to the Grand Jury, to devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme and artifice, did transmit and cause to be transmitted in

interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of falsified documents in support of a bail bond, in order to obtain a bail bond for Co-Defendant Desman Tolliver (30), who was detained at the Harris County Jail.

In violation of Title 18, United States Code, Sections 1349 and 1343.

## COUNTS 25 THROUGH 26
## WIRE FRAUD

25.    The Grand Jury incorporates by reference paragraphs 1 through 11 as though fully restated and re-alleged herein.

26.    Beginning in or about March 2021 and continuing through in or about July 2021, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants did knowingly devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of falsified documents in support of a bail bond for Co-Defendant Desman Tolliver (30), who was detained at the Harris County Jail, as set forth below:

| Count | Defendant(s) | Date (On or about) | Method of Wire Communication |
|-------|--------------|--------------------|------------------------------|
| 25 | **KIARA TOLLIVER (31)** | 7/12/2021 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |
| 26 | **SHELIBRA JONES (4)** | 7/12/2021 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |

All in violation of Title 18, United States Code, Sections 1343 and 2(a).

## BAIL BOND NO. 6: MARQUALE GOSTON

### COUNT 27
### CONSPIRACY TO COMMIT WIRE FRAUD

27.     Beginning in or about April 2021 and continuing through in or about February 2022, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants,

**MARY BROWN (1)**
**MARQUALE GOSTON (32)**
**RONALD DEGRATE, JR. (33)**

did knowingly, unlawfully and intentionally combine, conspire, confederate and agree with others, known and unknown to the Grand Jury, to devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme and artifice, did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of falsified documents in support of a bail bond, in order to obtain a bail bond for Co-Defendant Marquale Goston (32), who was detained at the Harris County Jail.

In violation of Title 18, United States Code, Sections 1349 and 1343.

### COUNT 28
### WIRE FRAUD

28.     The Grand Jury incorporates by reference paragraphs 1 through 11 as though fully restated and re-alleged herein.

29.     Beginning in or about April 2021 and continuing through in or about February 2022, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants did

knowingly devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of falsified documents in support of a bail bond for Co-Defendant Marquale Goston (32), who was detained at the Harris County Jail, as set forth below:

| Count | Defendant(s) | Date (On or about) | Method of Wire Communication |
|-------|--------------|--------------------|------------------------------|
| 28 | **RONALD DEGRATE, JR. (33)** | 2/1/2022 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |

All in violation of Title 18, United States Code, Sections 1343 and 2(a).

## BAIL BOND NO. 7: PATRICK BROWN

### COUNT 29
### CONSPIRACY TO COMMIT WIRE FRAUD

30.    Beginning in or about August 2021 and continuing through in or about January 2022, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants,

**MARY BROWN (1)**
**OSCAR WATTELL (2)**
**THADDEUS MCDUELL (3)**
**SHELIBRA JONES (4)**
**PATRICK BROWN (34)**
**MICHAEL FORD, JR. (35)**
**CORNELIUS BROWN, JR. (36)**

did knowingly, unlawfully and intentionally combine, conspire, confederate and agree with others, known and unknown to the Grand Jury, to devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and

for the purpose of executing such scheme and artifice, did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of falsified documents in support of a bail bond, in order to obtain a bail bond for Co-Defendant Patrick Brown (34), who was detained at the Harris County Jail.

In violation of Title 18, United States Code, Sections 1349 and 1343.

## COUNTS 30 THROUGH 32
## WIRE FRAUD

31.     The Grand Jury incorporates by reference paragraphs 1 through 11 as though fully restated and re-alleged herein.

32.     Beginning in or about August 2021 and continuing through in or about January 2022, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants did knowingly devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of falsified documents in support of a bail bond for Co-Defendant Patrick Brown (34), who was detained at the Harris County Jail, as set forth below:

| Count | Defendant(s) | Date (On or about) | Method of Wire Communication |
|-------|--------------|--------------------|------------------------------|
| 30 | **MICHAEL FORD, JR. (35)** | 1/25/2022 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |
| 31 | **CORNELIUS BROWN, JR. (36)** | 1/25/2022 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |
| 32 | **SHELIBRA JONES (4)** | 1/25/2022 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |

All in violation of Title 18, United States Code, Sections 1343 and 2(a).

## BAIL BOND NO. 8: GERALD WILLIAMS, JR.

### COUNT 33
### CONSPIRACY TO COMMIT WIRE FRAUD

33.     Beginning in or about August 2021 and continuing through in or about October 2021, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants,

**MARY BROWN (1)**
**GERALD WILLIAMS, JR. (37)**
**ANTOINETTE GREEN (38)**
**DARRIS LEE (39)**

did knowingly, unlawfully and intentionally combine, conspire, confederate and agree with others, known and unknown to the Grand Jury, to devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme and artifice, did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of falsified documents in support of a bail bond,

in order to obtain a bail bond for Co-Defendant Gerald Williams, Jr. (37), who was detained at the Harris County Jail.

In violation of Title 18, United States Code, Sections 1349 and 1343.

## COUNTS 34 THROUGH 35
## WIRE FRAUD

34.     The Grand Jury incorporates by reference paragraphs 1 through 11 as though fully restated and re-alleged herein.

35.     Beginning in or about August 2021 and continuing through in or about October 2021, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants did knowingly devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of falsified documents in support of a bail bond for Co-Defendant Gerald Williams, Jr. (37), who was detained at the Harris County Jail, as set forth below:

| Count | Defendant(s) | Date (On or about) | Method of Wire Communication |
|-------|-------------|--------------------|------------------------------|
| 34 | **ANTOINETTE GREEN (38)** | 10/27/2021 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |
| 35 | **DARRIS LEE (39)** | 10/27/2021 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |

All in violation of Title 18, United States Code, Sections 1343 and 2(a).
## BAIL BOND NO. 9: WALLACE THOMAS

## COUNT 36
## <u>CONSPIRACY TO COMMIT WIRE FRAUD</u>

36.     Beginning in or about April 2022 and continuing through in or about May 2022, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants,

**OSCAR WATTELL (2)**
**WALLACE THOMAS (40)**
**MEGHAN TILLIS (41)**
**AALIYAH THOMAS (42)**
**TAWANA JONES (43)**
**CHELSEA BATTLE (44)**

did knowingly, unlawfully and intentionally combine, conspire, confederate and agree with others, known and unknown to the Grand Jury, to devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme and artifice, did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of falsified documents in support of a bail bond, in order to obtain a bail bond for Co-Defendant Wallace Thomas (40), who was detained at the Harris County Jail.

In violation of Title 18, United States Code, Sections 1349 and 1343.

## COUNTS 37 THROUGH 38
## <u>WIRE FRAUD</u>

37.     The Grand Jury incorporates by reference paragraphs 1 through 11 as though fully restated and re-alleged herein.

38.     Beginning in or about April 2022 and continuing through in or about May 2022, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants did knowingly devise and intend to devise a scheme and artifice to defraud by means of materially

false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of falsified documents in support of a bail bond for Co-Defendant Wallace Thomas (40), who was detained at the Harris County Jail, as set forth below:

| Count | Defendant(s) | Date (On or about) | Method of Wire Communication |
|-------|--------------|--------------------|------------------------------|
| 37 | **MEGHAN TILLIS (41) AALIYAH THOMAS (42)** | 4/26/2022 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |
| 38 | **MEGHAN TILLIS (41) CHELSEA BATTLE (44)** | 4/26/2022 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |

All in violation of Title 18, United States Code, Sections 1343 and 2(a).

## BAIL BOND NO. 10: JAMES PALLADINA

### COUNT 39
### CONSPIRACY TO COMMIT WIRE FRAUD

39.    Beginning in or about April 2021 and continuing through in or about June 2021, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants,

**JAMES PALLADINA (45)
AMIR KHAN (46)
SCOTT WINGROVE (47)
JAMES BATESON (48)
CALVIN SKRIVANEK (49)
RASHAD DERRICK (50)**

did knowingly, unlawfully and intentionally combine, conspire, confederate and agree with others, known and unknown to the Grand Jury, to devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and

for the purpose of executing such scheme and artifice, did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of falsified documents in support of a bail bond, in order to obtain a bail bond for Co-Defendant James Palladina (45), who was detained at the Harris County Jail.

In violation of Title 18, United States Code, Sections 1349 and 1343.

## COUNTS 40 THROUGH 44
## <u>WIRE FRAUD</u>

40.    The Grand Jury incorporates by reference paragraphs 1 through 11 as though fully restated and re-alleged herein.

41.    Beginning in or about April 2021 and continuing through in or about June 2021, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants did knowingly devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of falsified documents in support of a bail bond for Co-Defendant James Palladina (45), who was detained at the Harris County Jail, as set forth below:

| Count | Defendant(s) | Date (On or about) | Method of Wire Communication |
|-------|--------------|---------------------|------------------------------|
| 40 | **AMIR KHAN (46)** | 6/22/2021 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |
| 41 | **SCOTT WINGROVE (47)** | 6/22/2021 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |
| 42 | **JAMES BATESON (48)** | 6/22/2021 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |
| 43 | **CALVIN SKRIVANEK (49)** | 6/22/2021 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |
| 44 | **RASHAD DERRICK (50)** | 6/22/2021 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |

All in violation of Title 18, United States Code, Sections 1343 and 2(a).

## BAIL BOND NO. 11: ROEMELLO BURROS

### COUNT 45
### CONSPIRACY TO COMMIT WIRE FRAUD

42.    Beginning in or about September 2020 and continuing through in or about June 2021, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants,

**ROEMELLO BURROS (51)**
**KATHERINE O'BRIEN (52)**

did knowingly, unlawfully and intentionally combine, conspire, confederate and agree with others, known and unknown to the Grand Jury, to devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme and artifice, did transmit and cause to be transmitted in

24

interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of falsified documents in support of a bail bond, in order to obtain a bail bond for Co-Defendant Roemello Burros (51), who was detained at the Harris County Jail.

In violation of Title 18, United States Code, Sections 1349 and 1343.

## COUNT 46
## WIRE FRAUD

43.     The Grand Jury incorporates by reference paragraphs 1 through 11 as though fully restated and re-alleged herein.

44.     Beginning in or about September 2020 and continuing through in or about June 2021, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants did knowingly devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of falsified documents in support of a bail bond for Co-Defendant Roemello Burros (51), who was detained at the Harris County Jail, as set forth below:

| Count | Defendant(s) | Date (On or about) | Method of Wire Communication |
|-------|--------------|--------------------|------------------------------|
| 46 | **KATHERINE O'BRIEN (52)** | 6/18/2021 | Falsified paystub transmitted electronically to Bond Pro, Inc., located in Dahlonega, Georgia |

All in violation of Title 18, United States Code, Sections 1343 and 2(a).

## COUNT 47
## CRIMES BY OR AFFECTING PERSONS ENGAGED IN THE BUSINESS OF INSURANCE

45.    The allegations set forth above in this Indictment are hereby adopted, realleged, and incorporated as if set out fully herein.

46.    Beginning in or about November 2021 and continuing until in or about August 2022, in the Houston Division of the Southern District of Texas, and elsewhere,

## OSCAR WATTELL (2)

defendant herein, knowing that he had been convicted of any criminal felony involving dishonesty, engaged in the business of insurance, whose activities affect interstate commerce, and willfully participated in such activity.

In violation of Title 18, United States Code, Sections 1033(e)(1)(A) and 2.

## COUNT 48
## CRIMES BY OR AFFECTING PERSONS ENGAGED IN THE BUSINESS OF INSURANCE

47.    The allegations set forth above in this Indictment are hereby adopted, realleged, and incorporated as if set out fully herein.

48.    Beginning in or about November 2021 and continuing until in or about August 2022, in the Houston Division of the Southern District of Texas, and elsewhere,

## SHEBA MUHARIB (53)

defendant herein, knowing that Co-Defendant Oscar Wattell (2) had been convicted of any criminal felony involving dishonesty, engaged in the business of insurance, whose activities affect interstate commerce, and willfully permitted such activity.

In violation of Title 18, United States Code, Sections 1033(e)(1)(B) and 2.

## NOTICE OF FORFEITURE

49.    Pursuant to Title 18, United States Code, Section 982 (a)(2)(A), the United States gives notice to the above-named defendants that in the event of conviction of the offenses charged in this Indictment, the United States intends to seek forfeiture of all property constituting or derived from proceeds obtained, directly or indirectly, as the result of such offenses.

## Money Judgment and Substitute Assets

50.    The United States gives notice that it will seek a money judgment against each defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendants up to the value of the property subject to forfeiture.

A TRUE BILL:

Original Signature on File

_____
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
United States Attorney, Southern District of Texas

By:

*Michael Day*
_____
Michael E. Day
Assistant United States Attorney